# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHRISTOPHER POOLE; | ) | |
| | ) | |
|     Plaintiff | ) | Civil Action No. 2:22-cv-01327 |
| | ) | |
| v. | ) | Judge Mary Ann Vial Lemmon |
| | ) | |
| UNITED SUPPLY, INC.; | ) | Magistrate Judge Douglas |
| and KEITH WHITNEY. | ) | |
| | ) | |
|     Defendants | ) | |

## JOINT STIPUATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) all parties to this matter, through the undersigned counsel, hereby stipulate that the above-captioned matter is dismissed with prejudice.

                              Respectfully Submitted,

                              */s/ Robert B. Landry III*
                              Robert B. Landry, III (#18998), T.A.
                              rlandry@landryfirm.com
                              **ROBERT B. LANDRY III, PLC**
                              5420 Corporate Boulevard, Suite 303
                              Baton Rouge, Louisiana  70808
                              Telephone:    (225) 349-7460
                              Facsimile:    (225) 349-7466
                              Attorney for Christopher Poole

                              -AND-

                              */s/ Randal P. McCann*
                              *Randal P. McCann* (No. 20946)
                              RANDAL P. McCANN, APLC
                              1005 Lafayette St.
                              Lafayette, LA 70501
                              Telephone: 337-654-9804
                              Attorneys for United Supply, Inc. and Keith Whitney

**CERTIFICATE OF SERVICE**

 I hereby certify that on this 2d day of August 2022, a copy of the foregoing has been filed via the CM/ECF system, which will send notice of electronic filing to all counsel of record.

        /s/ *Robert B. Landry III*
        **Robert B. Landry III**